AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>Four United States Postal Service Priority Mail and Priority Express Mail parcels currently in the custody of the United States Postal Inspection Service, as described more fully in Attachment A | Case No. **2:21-MJ-03969** |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

 See Attachment A

located in the Central District of California, there is now concealed *(identify the person or describe the property to be seized)*:

 See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

 ☒ evidence of a crime;

 ☒ contraband, fruits of crime, or other items illegally possessed;

 ☒ property designed for use, intended for use, or used in committing a crime;

 ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 846, 843(b) | Distribution and possession with intent to distribute controlled substance; Conspiracy to distribute and possess with intent to distribute a controlled substance; unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance |

The application is based on these facts:

 See attached Affidavit

 ☒ Continued on the attached sheet.

☐ Delayed notice of _____ days (*give exact ending date if more than 30 days*: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ Wilford Claiborne*
Applicant's signature

Wilford Claiborne, U.S. Postal Inspector
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

_____
Judge's signature

City and state: <u>Los Angeles, CA</u>

Hon. Pedro V. Castillo, U.S. Magistrate Judge
Printed name and title

AUSA: Maria Elena Stiteler (x6148)

**ATTACHMENT A**

<u>PARCELS TO BE SEARCHED</u>

1.   The following United States Postal Service ("USPS") Priority Mail and Priority Express Mail parcels seized on August 23, 2021, from the USPS Los Angeles Processing and Distribution Center and currently in the custody of the United States Postal Inspection Service:

    a.   SUBJECT PARCEL 1 is a USPS Priority Mail parcel bearing tracking label number 9505514523481235516480.  The return address for SUBJECT PARCEL 1 is "David Padilla 801 S Olive St, #3092 Los Angeles, CA 90014."  The recipient address listed for SUBJECT PARCEL 1 is "Jesse HaLL 1014 Carneal RD. Lexington, KY, 40505."

    b.   SUBJECT PARCEL 2 is a USPS Priority Mail parcel bearing tracking label number 9505514883771235928703.  The return address for SUBJECT PARCEL 2 is "Ted Simms 3538 Sepulveda Blvd LA CA 90034."  The recipient address for SUBJECT PARCEL 2 is "Samantha Williams 31603 Careys drive Millsboro DE 19966."

    c.   SUBJECT PARCEL 3 is a USPS Priority Mail parcel bearing tracking label number 9505506714411235334888.  The return address for SUBJECT PARCEL 3 is "Nelson Velez 168 Wetherly DR Beverly hills CA 90211."  The recipient address listed for SUBJECT PARCEL 3 is "Cooper Johnson 2513 Lookout Dr APT 9210 Garland TX 75044-2172."

    d.   SUBJECT PARCEL 4 is a USPS Priority Express Mail parcel bearing tracking label number EE203388752US.  The return address for SUBJECT PARCEL 4 is "Ruben Carrillo 417 ½ S Avalon

Los Angeles, California, 90054." The recipient address listed for SUBJECT PARCEL 4 is "Adrian Villa 1600 northeast first Ave #1705 Miami, flor 33132."

**ATTACHMENT B**

ITEMS TO BE SEIZED

The following items are to be seized from the parcels described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance):

      a.   Any controlled substances;

      b.   Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000; and

      c.   Parcel wrappings used to conceal items described in (a) and/or (b).

**AFFIDAVIT**

I, Wilford Claiborne, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of an application for a warrant to search four United States Postal Service ("USPS") parcels currently in the custody of the United States Postal Inspection Service ("USPIS"), as described more fully in Attachment A ("SUBJECT PARCEL 1" through "SUBJECT PARCEL 4," and, collectively, the "SUBJECT PARCELS").  The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance) (the "Subject Offenses"), as described more fully in Attachment B.  Attachments A and B are incorporated by reference herein.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all

conversations and statements described in this affidavit are related in substance and in part only.

## II. INTRODUCTION

3. I am a United States Postal Inspector with the United States Postal Inspection Service ("USPIS"), Los Angeles Division, and have been so employed since August 2013. From August 2013 until November 2017, I was assigned to the Los Angeles Mail Theft Team. I am currently assigned to the Prohibited Mailing and Illegal Narcotics Team. I have completed a twelve-week Postal Inspector Basic Training course, which included training in the investigation of drug distribution via the United States mail. I have conducted numerous investigations into drug distribution and money laundering involving the United States mail. I am familiar with the ways in which drug distributors use the mail system to transport drugs and drug proceeds.

4. I have completed thousands of hours of criminal investigations, including compiling information; interviewing victims, witnesses, and suspects; and collecting evidence to support criminal complaints. I have worked with other experienced state and federal law enforcement officers and supervisors and have gained knowledge and experience from them. My work has involved preparing and assisting in the drafting and service of numerous search warrants. I have testified in federal court and state superior court concerning both misdemeanor and felony offenses. I received training in the investigation of drug trafficking activities that use USPS mail.

2

As part of my law enforcement duties, I have conducted and assisted several parcel investigations that have resulted in the arrest of individuals who have received and distributed illegal drugs, as well as the seizure of illegal drugs and drug-sale proceeds.

### III. PARCELS TO BE SEARCHED

5.  On August 23, 2021, during routine parcel profiling at the USPS Los Angeles Processing and Distribution Center, the SUBJECT PARCELS were deemed suspicious.  I, along with other Postal Inspectors, identified the SUBJECT PARCELS for additional investigation because the SUBJECT PARCELS met certain criteria common to packages containing contraband.  Specifically, the SUBJECT PARCELS were USPS Priority Mail and Priority Express parcels without business account numbers, and most all of the names of the senders and recipients did not appear in law enforcement databases as associated with the listed addresses.

6.  On August 24, 2021, based on the suspicious characteristics of the SUBJECT PARCELS, Los Angeles Police Department Officer Hilary Del Rio ("Officer Del Rio") had her trained narcotics detection dog, "Cooper," examine the exterior of the SUBJECT PARCELS.  I learned from Officer Del Rio that Cooper gave a positive alert to each of the SUBJECT PARCELS separately, indicating the presence of controlled substances or other items, such as the proceeds of controlled substances, which have been recently contaminated with the odor of controlled substances.

## IV. STATEMENT OF PROBABLE CAUSE

### A. Background

7. Based on my training and experience as a Postal Inspector, and the experiences related to me by fellow Postal Inspectors who specialize in drug investigations, I know the following:

    a. Postal Inspectors have been conducting investigations of drug trafficking via USPS Priority Mail and Priority Mail since the mid-1980s. In the early 1990s, Postal Inspectors in Los Angeles, California, began conducting organized interdictions of Priority Mail Priority and Priority Mail parcels suspected of containing controlled substances and proceeds from the sale of controlled substances. Postal Inspectors also regularly examined and investigated Priority Mail Priority and Priority Mail parcels. During the 1990s, Postal Inspectors observed that the trend was for drug traffickers to send controlled substances and proceeds from the sale of controlled substances, in the form of cash, using boxes.

    b. Although Postal Inspectors still see the use of boxes for controlled substances and cash, there has been a gradual change over the years toward the current trend of using smaller boxes, flat cardboard envelopes, and Tyvek envelopes, with proceeds from the sale of controlled substances converted to money orders. By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much smaller conveyances, which lend a sense of legitimacy to the parcel's appearance.

4

c.  Los Angeles is a significant source area for controlled substances.  Controlled substances are frequently transported from the Los Angeles area via the United States Mail, and the proceeds from the sale of controlled substances are frequently returned to Los Angeles area via the United States Mail.  These proceeds are generally in the form of money orders, bank checks, or similar monetary instruments in an amount over $1,000.  Based on my training and experience, I know that proceeds from the sale of controlled substances often contain the odor of controlled substances because they have been contaminated with or associated with the odor of one or more controlled substances.

d.  Drug traffickers often use one of two USPS services:  Priority Mail Express, which is the USPS overnight/next day delivery mail product, or Priority Mail Service, which is the USPS two-to-three-day delivery mail product.  Drug traffickers use the Priority Mail Express delivery service because of its speed, reliability, and the ability to track the article's progress to the intended delivery point.  Drug traffickers use the Priority Mail delivery service because it allows drug traffickers more time for travel between states if they decide to follow a shipment to its destination for distribution.  Also, by adding delivery confirmation to a Priority Mail parcel, drug traffickers have the ability to track the article's progress to the intended delivery point, as if the parcel had been mailed using the Priority Mail Express Service.

8. Based on my training and experience, and the collective experiences related to me by fellow Postal Inspectors who specialize in investigations involving the mailing of controlled substances and proceeds from the sale of controlled substances, I know that the following indicia suggest that a parcel may contain drugs or drug trafficking proceeds:

    a. The parcel is contained in a box, flat cardboard mailer, or Tyvek envelope;

    b. The parcel bears a handwritten label, whether USPS Express Mail or Priority Mail;

    c. The handwritten label on the parcel does not contain a business account number;

    d. The seams of the parcel are all taped or glued shut;

    e. The parcel emits a particular odor of a cleaning agent or adhesive or spray foam that can be detected by a human; and

    f. Multiple parcels are mailed by the same individual, on the same day, from different locations.

9. Parcels exhibiting some of these characteristics are the subject of further investigation, which may include verification of the addressee and return addresses and examination by a trained drug detection dog.

10. I know from my experience and training that drug traffickers often use fictitious or incomplete names and/or addresses in an effort to conceal their identities from law enforcement officers investigating these types of cases.

Indeed, it is my experience that to the extent real addresses are ever used it is only to lend an appearance of legitimacy to the parcel and is almost always paired with a false name.

  **B.**  **Initial Investigation of the SUBJECT PARCELS**

  11. On August 23, 2021, Postal Inspectors located the SUBJECT PARCELS at the Los Angeles Processing and Distribution Center. In doing so, I and other Postal Inspectors saw the SUBJECT PARCELS met some of the above-mentioned criteria for the identification of suspicious parcels. Specifically, the SUBJECT PARCELS were all USPS Priority Express and Priority Mail parcels, they did not contain business account numbers, and they originated from the Los Angeles area, a major source of drugs trafficked via the US Mail.

  12. On or about August 23, 2021, I reviewed law enforcement database reports to check the return and recipient addresses listed on the SUBJECT PARCELS and determined the following:

    a. SUBJECT PARCEL 1 is a USPS Priority Mail parcel bearing tracking label number 9505514523481235516480. The return address for SUBJECT PARCEL 1 is "David Padilla 801 S Olive St, #3092 Los Angeles, CA 90014." The address is valid but no person named "David Padilla" is associated to the address. The recipient address listed for SUBJECT PARCEL 1 is "Jesse HaLL 1014 Carneal RD. Lexington, KY, 40505." The address is not associated with the addressee "Jesse Hall."

    b. SUBJECT PARCEL 2 is a USPS Priority Mail parcel bearing tracking label number 9505514883771235928703. The

7

return address for SUBJECT PARCEL 2 is "Ted Simms 3538 Sepulveda Blvd LA CA 90034."  The address is valid, but no person named Tedd Simms" is associated to the address.  The recipient address for SUBJECT PARCEL 2 is "Samantha Williams 31603 Careys drive Millsboro DE 19966."  The address is valid, but it is not associated with "Samantha Williams."

   c.   SUBJECT PARCEL 3 is a USPS Priority Mail parcel bearing tracking label number 9505506714411235334888.  The return address for SUBJECT PARCEL 3 is "Nelson Velez 168 Wetherly DR Beverly hills CA 90211."  The address is valid but it was not associated with "Nelson Velez."  The recipient address listed for SUBJECT PARCEL 3 is "Cooper Johnson 2513 Lookout Dr APT 9210 Garland TX 75044-2172."  The address is valid, but it is not associated to "Cooper Johnson."

   d.   SUBJECT PARCEL 4 is a USPS Priority Express Mail parcel bearing tracking label number EE203388752US.  The return address for SUBJECT PARCEL 4 is "Ruben Carrillo 417 ½ S Avalon Los Angeles, California, 90054."  The address is valid but does not associate to a person named "Ruben Carillo."  The recipient address listed for SUBJECT PARCEL 4 is "Adrian Villa 1600 northeast first Ave #1705 Miami, flor 33132."  The address is valid and associated with "Adrian Villa."

   **C.   Drug-Detection Dog Alerts to the SUBJECT PARCELS**

   13.  On August 24, 2021, based on the suspicious characteristics of the SUBJECT PARCELS, Los Angeles Police Department Officer Del Rio had her trained narcotics detection dog, "Cooper," examine the exterior of the SUBJECT PARCELS.

8

Attached hereto as Exhibit 1, and incorporated herein by reference, is a true and correct copy of information provided to me by Officer Del Rio regarding Cooper's training and history in detecting controlled substances.

14. The SUBJECT PARCELS were placed in an area by Officer Del Rio to perform a K-9 sniff with her dog Cooper. I learned from Officer Del Rio that Cooper gave a positive alert to each of the SUBJECT PARCELS separately, indicating the presence of controlled substances or other items, such as the proceeds of controlled substances, which have been recently contaminated with the odor of controlled substances.

## V. CONCLUSION

15. For the reasons set forth above, there is probable cause to believe that the SUBJECT PARCELS, as described in Attachment A, contain evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails,

to facilitate the distribution of a controlled substance), as described in Attachment B.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this \_\_\_\_ day of _____, 2021.

_____
HONORABLE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT 1

Your Affiant, Hillary Del Rio, Serial No. 39705, has been a Los Angeles Police (LAPD) Officer since 2008, and is currently assigned to Gang and Narcotic Division, K-9 Squad. Your Affiant has attended classes, seminars, training lectures and received on the job training in the field of narcotics given by narcotics experts. These experts conduct narcotic enforcement investigations and are from varied agencies that include: the LAPD; the U.S. Drug Enforcement Administration; the Bureau of Alcohol, Tobacco, Firearms and Explosives; the Federal Bureau of Investigation and other law enforcement agencies. Your Affiant completed a 40-Hour Narcotics Awareness course in the LAPD Academy. The awareness course covered topics such as narcotics sales, packaging, transportation and usage of narcotics. Additionally, your Affiant completed the California POST Certification for the 11550 H&S - Under the Influence of a Controlled Substance Course. Your Affiant has been involved in over 100 narcotic related arrests and investigations and has interviewed over 100 narcotic users and sellers on the methods of use, sales, packaging and transportation of narcotics. Your Affiant has worked with and is currently working under the direction of senior narcotic officers and tenured certified K9 narcotic detection handlers. Your Affiant has read training bulletins provided by the LAPD in addition to publications from other agencies related to narcotic investigations and detection.

On June 6, 2017, your affiant assumed responsibility of K9-Cooper, K9 #302, an LAPD narcotic detection canine. Your Affiant's responsibilities consist of the care, training and handling of the K-9. K-9 Cooper has received over 700 hours of training, during which time he has successfully located over 2,300 training aids, consisting of actual narcotics. These narcotics include heroin, cocaine, marijuana, and methamphetamine. As such, K-9 Cooper will positively alert to the scent of heroin, cocaine, marijuana, and methamphetamine. K9-Cooper's alert

23   consists of physical and behavioral reactions, which include a heightened emotional state and
24   possessive behavior in combination with focusing on the source of the scent.

25   The Los Angeles Police Department and the National Police Canine Association (NPCA)
26   have certified K-9 Cooper and your Affiant as a Narcotics Detection Team for use as of
27   June 6, 2017. The most current NPCA certification was obtained November 19, 2020. K-9
28   Cooper and your Affiant have also been certified as a Narcotics Detection Team by the
29   California Narcotic Canine Association (CNCA). The most current CNCA certification was
30   obtained September 23, 2019. K9-Cooper has been successfully used in over 85 investigations in
31   which controlled substances have been located. K9-Cooper is responsible for the seizure of over
32   62 kg of methamphetamine, over 34 kg of heroin, over 52 kg of cocaine and over 1,000 lbs. of
33   marijuana.

34   On August 24, 2021, at 0700 hours, your Affiant responded to a request for multiple
35   parcel sniffs at 1055 N. Vignes Street (USPS Alameda Carrier Annex). K9-Cooper conducted
36   sniffs of the following parcels:

37   Brown cardboard box with tracking #EJ 976 927 925 US.

38   Brown cardboard box with tracking #EJ 976 927 939 US.

39   Brown cardboard box with tracking #EJ 858 786 239 US.

40   Brown cardboard box with tracking #EJ 976 927 908 US.

41   White Priority Mail Express box with tracking #EE203388752US.

42   White Priority Mail box with tracking #9505 5067 1441 1235 3348 88.

43        Brown cardboard box with tracking #9505 5145 2348 1235 5164 80.

44        Brown cardboard box with tracking #EI 012 417 893 US.

45        Brown cardboard box with tracking #9505 5148 8377 1235 9287 03.

46        K9-Cooper alerted to the presence of narcotic odor on each of the above referenced
47        parcels.

48        I, Officer Hillary Del Rio, declare under penalty of perjury that all the above is true and
49   correct to the best of my knowledge and belief, and that this affidavit was executed on

50   August 24, 2021, at 1200 hours, in the County of Los Angeles, California.

51

52   *H$ De Rio #39705 8/24/2021*

53   Police Officer Hillary Del Rio, Serial No. 39705